# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br> vs. <br> Maura Yarely Contreras | Case No. 1:17-cr-00142 – DAD/BAM - 001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Maura Yarely Contreras__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home incarceration component of the Location Monitoring Program with electronic monitoring or other location verification system is modified from the home incarceration component to the home detention component of the Location Monitoring Program (you must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer). All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 7/21/17    _____ 7/20/2017
Signature of Defendant     Date          Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____          7/20/17
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          7/20/17
Signature of Defense Counsel     Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 7/24/2017.
☐ The above modification of conditions of release is *not* ordered.

_____          7/24/2017
Signature of Judicial Officer     Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services