# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:17-CR-00142-DAD-BAM-1
Maura Yarely Contreras )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Maura Yarely Contreras__, have discussed with __Ryan Beckwith__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 1-12-18    _____ 1-16-18
Signature of Defendant        Date         Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                         1/15/18
Signature of Assistant United States Attorney      Date
Vincenza Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                         1/16/18
Signature of Defense Counsel                       Date
John S. Dulcich

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __1/17/18__.
[ ] The above modification of conditions of release is *not* ordered.

_____                         1/17/18
Signature of Judicial Officer                      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services